

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

**ORDER ON MOTION FOR EN BANC RECONSIDERATION**

Appellate case name:     Marvinell Harlan v. Texas Workforce Commission, Appeal Tribunal, Hearing Officer J. Koehn, Hearing Officer L. Lawrence, and Commissioners Hope Andrade and Andres Alcantar

Appellate case number:   01-17-00849-CV

Trial court case number: 2015-11049

Trial court:             190th District Court of Harris County

Date motion filed:       March 4, 2019

Party filing motion:     Appellant

It is ordered that appellant's motion for en banc reconsideration is **denied**.

Judge's signature: /s/ Russell Lloyd

Acting for the En Banc Court

Date: April 2, 2019

En banc court consists of Chief Justice Radack and Justices Keyes, Higley, Lloyd, Kelly, Goodman, Landau, Hightower, and Countiss.